**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ANTICIPATORY SEARCH WARRANT**

First being duly sworn, I, J. Troy Terbrock, a sworn federal law enforcement agent by virtue of being a U.S. Postal Inspector, do aver, depose, and state as follows:

**I. SUMMARY**:

1. I make this affidavit in support of an application for an anticipatory warrant to search premises after the controlled delivery of a parcel in the custody of the U.S. Postal Inspection Service (USPIS) in the District of Columbia.

**II. PARTICULAR DESCRIPTION OF PLACE TO BE SEARCHED AND THINGS TO BE SEIZED**:

2. I seek a warrant to search a premise described more particularly as: single family duplex row house with beige siding, a white in color front door with the numerals "815" displayed over the door, bearing an address of 815 48th Place, N.E., Washington, D.C. next to a unit bearing the address of 815 ½.

I seek this warrant to search this premise, in anticipation of executing a controlled delivery of a U.S. Postal Service parcel containing contraband heroin, with an electronic device to alert law enforcement when the package has been opened, and to seize the parcel itself, any controlled substances in it, any evidence of a violation of the federal anti-narcotics law popularly known as the Controlled Substances Act, codified at 21 U.S.C. § 801 *et seq.*, including drug paraphernalia, any other contraband drugs on premises, and any papers or documents relating to violations of the federal anti-narcotics laws, and proceeds of drug-related crimes including money, checks, or means of payment.

### III. AFFIANT'S BACKGROUND:

3. I have been a USPIS Postal Inspector since March 2007. I now am assigned to a team that investigates cases when the U.S. mails are used to transport controlled substances unlawfully. I have taken part in serving search warrants that resulted in illegal drugs being seized from packages shipped through the mail. Before serving as a U.S. Postal Inspector, I was a special agent of the U.S. State Department's Diplomatic Security Service for six years. For eight years before that, I was a sworn officer of the St. Peters Police Department in Missouri. I have completed successfully the basic training programs for each of these jobs. Additionally, I have significant experience investigating narcotic-related crimes.

### IV. STATEMENT OF FACTS IN SUPPORT OF FINDING OF PROBABLE CAUSE:

4. On September 30, 2008, at about 1:15 p.m., this affiant and law enforcement officers executed a United States search warrant, Case No., 08-579-M-01, for a U.S. Postal Service package addressed to a "Mark Ramirez" at 815 48th Place, N.E., Washington, D.C. and mailed from 8640 NW 11th Place, Miami, Florida 33169.

5. The package was found to contain 58.5 grams of a substance that field tested positive for heroin. Law enforcement officers seized the heroin, but incorporated a small portion of the substance that field tested positive for heroin back inside the package, along with about two ounces of white powder non-controlled substance in a clear plastic bag. We did this in anticipation of making a controlled delivery, that is, law enforcement officers intend to deliver the package as re-wrapped, with the small portion of controlled substance incorporated with about two ounces of non controlled substance, to the addressee. Law enforcement team will install an electronic alert device, designed to be activated by emission of a radio signal of low power and low range, once the package

has been opened.  This radio signal will alert law enforcement officers that the package has been opened and that they should execute this search warrant.  In the event that officers do NOT detect a signal indicating the package has been opened within 45 minutes after delivery of the package, law enforcement intend to execute the search warrant and seize the package, its contents, and otherwise execute this search warrant.

      6. At the time the package is delivered as addressed, that is, to the premises described above, there will be probable cause to believe that the premises contain contraband drugs that is evidence of a crime, instrumentalities of a crime, and illegal substances that is/are property seizable purusant to Federal Rules of Criminal Procedure 41.

      7. The affiant knows through communication by an Assistant U.S. Attorney with whom he consulted, that Federal Rule of Criminal Procedure 41 permits the issuance of anticipatory search warrants under circumstances similar to those described above, and that the Notes of the Advisory Committee on Rules regarding the 1990 Amendment to Rule 41(a) permits anticipatory search warrants.  Further, the affiant knows that in United States v. Gbemisola, 225 F.3d 753 (D.C. Cir. 2000), the U.S. Court of Appeals for the District of Columbia Circuit has authorized the use of a tracking device installed in a package to alert officers when the package has been opened.

      8. I know the facts set forth in this affidavit either because I saw or heard them myself, or because I read them in reports or heard them from other sworn law enforcement agents.  I have not put in this affidavit all of the facts about this investigation known to all law enforcement agents, but have included facts which I believe necessary to establish probable cause to search in the instance of an anticipatory search warrant.

      9.       Based on these facts, I respectfully submit that there is and will be  probable cause

(upon occurrence of the events described in paragraph 5 above) to believe that the mail package "Mark Ramirez" at 815 48th Place, N.E., Washington, D.C. and mailed from 8640 NW 11th Place, Miami, Florida 33169 will be inside the premises of 815 48th Place, N.E., and that it and the premises contain a quantity of controlled substance constituting contraband or the fruits or instrumentalities of a crime, or evidence of the commission of a crime, in violation of 21 U.S. Code § 841(a) and (b); (2) unlawful possession with intent to distribute a controlled substance in violation of 21 U.S. Code § 841(a)(1); and (3) unlawful conspiracy, in violation of 21 U.S. Code § 846.

## V. **PRAYER FOR ISSUANCE OF A WARRANT**:

10.     Therefore, I respectfully request that a warrant issue to search this premises upon occurrence of the contingency articulated in paragraph 5 above, and to seize any contraband controlled substances and evidence of violation of the laws of the United States involving controlled substances, as set forth above in this affidavit.

_____
J. Troy Terbrock, Postal Inspector
United States Postal Inspection Service,
United States Postal Service

* * * * * * *

Subscribed to and sworn before me on this _____ day of October 2008.

_____
UNITED STATES MAGISTRATE JUDGE